

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Texas Regional Clinic and Memorial
MRI & Diagnostic

No. 06-24-00049-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

 

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition as well as the motion for emergency relief.

RENDERED MAY 9, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk